UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:14-CR-00306-BR-1 |
| v. | ORDER |
| HAOQIAN LIU, | |
| **Defendant.** | |

At sentencing on June 10, 2015, upon consideration of the position of the parties on the question of reimbursement by Mr. Liu of attorney fees, it is hereby

ORDERED that, pursuant to 18 U.S.C. § 3006A, defendant shall pay $4,000.00 to the Clerk of Court as a reimbursement to the appropriation for attorney fees expended on his behalf.

Any unpaid balance shall be paid in monthly installments of not less than $100 per month until paid in full. Any monies paid shall be credited first to the $100 special assessment imposed, then the $2,000 fine and last to the $4,000 assessment for CJA repayment.

DATED this 16th day of June, 2015.

_____
HONORABLE ANNA J. BROWN
United States District Court Judge